Charles E. DUNCAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 106.

Circuit Court of Appeals, Second Circuit.

March 2, 1931.

Oscar E. Waer, of Grand Rapids, Mich., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and William Cutler Thompson and Sewall Key, Sp. Assts. to Atty. Gen., both of Washington, D. C. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Stanley Suydam, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decision affirmed.